**Daljit S. JANDU, Plaintiff—Appellant**

v.

**UNITED STATES of America; Middle Tennessee State University; President MTSU James E. Williams, President of Middle Tennessee State University; Dorris Miessner, Commissioner of Immigration and Naturalization Service, Defendants—Appellees.**

**No. 11–50156**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 1, 2011.

Daljit S. Jandu, North Hollywood, CA, pro se.

John Francis Paniszczyn, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, Stuart Freeman Wilson–Patton, Esq., Senior Counsel, Office of the Attorney General, Nashville, TN, for Defendants–Appellees.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the opposed motion of appellee, Middle Tennessee State University, to be dismissed from this appeal for lack of subject matter jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the alternative motion of appellee, Middle Tennessee State University, to extend time for thirty (30) days after the court's denial on motion to dismiss appeal for lack of subject matter jurisdiction is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the motion of appellee, USA, for summary affirmance is GRANTED.

IT IS FURTHER ORDERED that the alternative motion to extend time to file brief for thirty (30) days after the court's denial on motion for summary affirmance is DISMISSED AS MOOT.

Judgment affirmed as to Appellees United States of America and Dorris Miessner, appeal dismissed as to remaining Appellees.

---

* Pursuant to 5th Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cɪʀ. R. 47.5.4.